| Attorney or Party without Attorney:<br>Edward Y. Kroub<br>Mizrahi Kroub LLP<br>200 Vesey Street, 24th Floor<br>New York, NY 10281<br>Telephone No: 212-595-6200  FAX No: 212-595-9700 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff(s): Ana Chalas, et al | |
| Defendant: Family Food Products, Inc. | |

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV03892JMF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Civil Case Cover Sheet; First Amended Class Action Complaint

3. a. Party served:  Family Food Products, Inc.
   b. Person served: David Bulakowski, Service of Process Intake Clerk

4. Address where the party was served:  Corporation Service Company
   2704 Commerce Drive, Suite B
   Harrisburg, PA 17110

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jun. 28, 2022 (2) at: 2:00PM

7. **Person Who Served Papers:**    Fee for Service:
   a. Marc Jones
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. I declare under penalty of perjury under the laws of the State of PENNSYLVANIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
Summons and Complaint          (Marc Jones)

edykro.235437