UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ANA CHALAS,                                                       :
:
                      Plaintiff,      :       22-CV-3892 (JMF)
:
      -v-                                                        :                 ORDER
:
FAMILY FOODS, INC. et al.,                                        :
:
                      Defendants.     :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 18, 2022, Family Foods, Inc. filed a motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure, arguing that it was incorrectly served in this case. It is not clear whether Family Foods, Inc. moves to dismiss the original Complaint, ECF No. 1, which incorrectly named it as a Defendant, or the Amended Complaint, ECF No. 6, which names only Family Food Products, Inc. Moreover, Plaintiff appears to have conceded that Family Food Products, Inc., is the proper Defendant in this case, and Family Foods, Inc., has been terminated as a Defendant on the docket. *See* ECF No. 6.

      No later than **July 21, 2022**, Plaintiff shall file a letter stating whether it intends to oppose Family Foods, Inc.'s motion to dismiss. If it does intend to oppose the motion, the opposition — in accordance with the Local Rules — shall be filed by **August 1, 2022**; and any reply would be due by **August 8, 2022**. If Plaintiff does not oppose (or fails to file a letter by Thursday), the Court will grant the motion, with leave to amend the complaint (or to cure service) to address the problem, without further notice to the parties.

      SO ORDERED.

Dated: July 18, 2022
       New York, New York
                                                      JESSE M. FURMAN
                                            United States District Judge