

> Plaintiff's request (ECF No. 34) to adjourn sine die the settlement conference scheduled for October 25, 2022 is DENIED.  Pursuant to the Court's September 7, 2022 scheduling order, Plaintiff's settlement submission is due by **October 19, 2022**.  (See ECF No. 28 at 2).
>
> The Clerk of Court is respectfully directed to close ECF No. 34.
>
> SO ORDERED      10/18/2022
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

The Honorable Sarah L. Cave
United States District Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Chalas v. Family Foods, Inc.*; Case No. 1:22-cv-03892 (JMF) (SLC)

Dear Magistrate Judge Cave:

    We represent the plaintiff, Ana Chalas ("Plaintiff"), in the above-referenced action.  We respectfully write to request that this Court adjourn the settlement conference between Plaintiff and the defendant, Family Food Products, Inc. ("Defendant"), which is scheduled for October 25, 2022, at 2 p.m.  *See* Docket No. 28.  On October 13, 2022, Plaintiff and Defendant again discussed the prospect of settlement.  As a result of this discussion, Plaintiff strongly feels that any settlement conference between the parties would be fruitless and be a waste of both the parties' and the Court's resources and time.  For this reason, Plaintiff requests that the settlement conference be adjourned.  Defendant does not consent to this request.  Neither party has previously requested an adjournment of the settlement conference.

    So as to not prejudice Defendant, Plaintiff also requests that Defendant's deadline to respond to Plaintiff's First Amended Class Action Complaint remain November 8, 2022.  If this request needs to be addressed to Judge Furman, Plaintiff will make this request if the settlement conference is adjourned.

    Thank you for your consideration of this matter.

                        Respectfully submitted,

                        */s/ Edward Y. Kroub*
                        EDWARD Y. KROUB

Cc:    All Counsel of Record (via ECF)